**Order filed January 31, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00942-CV

_____

**BIG MASONRY, L.L.C, Appellant**

**V.**

**EDWARD LIVING TRUST, Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Court Cause No. 09-08-07550-CV**

## O R D E R

The notice of appeal in this case was filed October 3, 2013. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record. The clerk also informed this court that appellant's counsel informed the clerk the parties have reached an agreement and appellant no longer desires to pursue this appeal. However, as of this date, no motion to dismiss has been filed. *See* Tex. R. App. P. 42.1.

Accordingly, we enter the following order.  Unless appellant pays  or make arrangements to pay for the clerk's record and provides this court with proof of payment within fifteen days of the date of this order, the appeal will be dismissed for want of prosecution.  See Tex. R. App. P. 37.3(b).

PER CURIAM